IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CASE NO.:  2:15-CR-83 (1) |
| | § | |
| MAURILIO FLORENCIO-CRISTINA | § | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

On November 4, 2015, defendant MAURILIO FLORENCIO-CRISTINA, by consent, under authority of United States v. Dees, 125 F.3d 261 (5th Cir. 1997), appeared before me pursuant to Fed. R. Crim. P. 11, and entered a plea of guilty to Count 1 of the Indictment. After cautioning and examining MAURILIO FLORENCIO-CRISTINA under oath concerning each of the subjects set out in Rule 11, I determined the guilty plea was knowingly and voluntarily entered and that the offense(s) charged are supported by an independent basis in fact containing each of the essential elements of such offense.

I, THEREFORE, RECOMMEND that the guilty plea be accepted and that MAURILIO FLORENCIO-CRISTINA, be adjudged guilty and have sentence imposed accordingly.

IT IS SO ORDERED.

ENTERED this ____ day of November 2015.

CLINTON E. AVERITTE
UNITED STATES MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar the aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).